IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 13-14187-JKF |
| DANIEL JEAN-LOUIS § | |
| DEBTOR(S) § | |
| § | CHAPTER 13 |
| SPECIALIZED LOAN SERVICING LLC § | |
| CREDITOR § | |
| VS § | |
| DANIEL JEAN-LOUIS § | |
| RESPONDENTS § | |

**NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Creditor, **Specialized Loan Servicing LLC**, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, ("Creditor"), desires to withdraw its Notice of Mortgage Payment Change (Claim # 4-1) filed on July 08, 2016, as it was inadvertently filed.

Dated: November 7, 2016

Respectfully submitted,
Buckley Madole, P.C.

_____
Julian T. Cotton
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: PCNInquiries@BuckleyMadole.com
Authorized Agent for Specialized Loan Servicing LLC

4122-N-3366

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before **November 7** 20**16** via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Daniel Jean-Louis
1236 Levick Street
Philadelphia, PA 19111

**Debtors' Attorney**
Franklin A. Bennett III
Bennett & Associates Llc
4700-12 Castor Avenue
PHILADELPHIA, PA  19124

**Chapter 13 Trustee**
William C. Miller
1234 Market Street, Suite 1813
Philadelphia, Pennsylvania 19107

Respectfully Submitted,

*/s/ Julian T. Cotton*
Julian T. Cotton