**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daniel Jean-Louis <br>                 Debtor | CHAPTER 13 <br><br> BKY. NO. 13-14187 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, and index same on the master mailing list.

Re: Loan # Ending In: 4561

                                                  Respectfully submitted,

                                                  **/s/Denise Carlon, Esquire**
                                                  Denise Carlon, Esquire
                                                  Thomas Puleo, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322  FAX (215) 627-7734