United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                      Case No. 13-14187-amc
Daniel Jean-Louis                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jul 16, 2018
                              Form ID: 138NEW         Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db             +Daniel Jean-Louis,    1236 Levick Street,    Philadelphia, PA 19111-5513
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +The Bank of New York Mellon FKA The Bank of New Y,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
13046113        Bank of America,    P.O. Box 15168,    Willington, Delaware 19850
13046115       +Capital One c/o ABRAHAMS,    120 N KEYSER AVE,    SCRANTON, PA 18504-9701
13145681        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13553286       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13975706       +Specialized Loan Servicing LLC,    c/o JOHN ERIC KISHBAUGH,    Udren Law Offices PC,
                 111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
13279939       +The Bank of New York Mellon,    c/o Bank of America, N.A.,    400 National Way,
                 Simi Valley, CA 93065-6414
13834804       +The Bank of New York Mellon,    for CWALT Inc., Loan Trust 2006-OA10,
                 c/o DENISE ELIZABETH CARLON,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 17 2018 02:04:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 02:03:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2018 02:04:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13067806        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2018 02:08:18
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13096606        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 02:08:31
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13046114       ##SallieMae,    PO Box 9435,    Wilkes Barre, Pa 18773
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:
          DAVID H. LIPOW    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 bkecf@milsteadlaw.com,    dlipow@milsteadlaw.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 bkgroup@kmllawgroup.com
          FRANKLIN A. BENNETT, III    on behalf of Debtor Daniel  Jean-Louis frank@bennettlaw.us,    JAIME@BENNETTLAW.US

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Jul 16, 2018
                              Form ID: 138NEW            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    JEROME B. BLANK  on behalf of  THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL paeb@fedphe.com
    JOHN ERIC KISHBAUGH  on behalf of Creditor   Specialized Loan Servicing LLC servicer for jkishbaugh@udren.com,  vbarber@udren.com
    JOHN ERIC KISHBAUGH  on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 jkishbaugh@udren.com,  vbarber@udren.com
    JOSHUA ISAAC GOLDMAN  on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    MATTHEW CHRISTIAN WALDT  on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
    RYAN A. GOWER  on behalf of   THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL bkecf@milsteadlaw.com
    SHERRI J. Smith  on behalf of Creditor   The Bank of New York Mellon fka the Bank of New York sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
    THOMAS I. PULEO  on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER  on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                 TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Daniel Jean–Louis
    Debtor(s)

Bankruptcy No: 13–14187–amc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/16/18

121 – 120
Form 138_new