United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-14187-amc
Daniel Jean-Louis                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1            Date Rcvd: Sep 06, 2018
                             Form ID: 212             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db             +Daniel Jean-Louis,    1236 Levick Street,    Philadelphia, PA 19111-5513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
          DAVID H. LIPOW   on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as
           Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage
           Pass-Through Certificates, Series 2006-OA10 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
          DENISE ELIZABETH CARLON   on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10
           Mortgage Pass-Through Certificates, Series 2006-OA10 bkgroup@kmllawgroup.com
          FRANKLIN A. BENNETT, III   on behalf of Debtor Daniel  Jean-Louis frank@bennettlaw.us,
           JAIME@BENNETTLAW.US
          JEROME B. BLANK   on behalf of    THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL paeb@fedphe.com
          JOHN ERIC KISHBAUGH   on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10
           Mortgage Pass-Through Certificates, Series 2006-OA10 jkishbaugh@udren.com, vbarber@udren.com
          JOHN ERIC KISHBAUGH   on behalf of Creditor    Specialized Loan Servicing LLC servicer for
           jkishbaugh@udren.com, vbarber@udren.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10
           Mortgage Pass-Through Certificates, Series 2006-OA10 bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10
           Mortgage Pass-Through Certificates, Series 2006-OA10 mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          RYAN A. GOWER   on behalf of    THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL bkecf@milsteadlaw.com
          SHERRI J. Smith   on behalf of Creditor    The Bank of New York Mellon fka the Bank of New York
           sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
          THOMAS I. PULEO   on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10
           Mortgage Pass-Through Certificates, Series 2006-OA10 tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                   TOTAL: 14

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re:                                                Chapter: 13

      Daniel Jean–Louis

Debtor(s)                                             Case No: 13–14187–amc

---

### ORDER

AND NOW, 9/6/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court